**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:19-CV-24755-AHS

PHILLIP WILLIAMS, WILLIAM JONES,
MICHAEL ROBERTS, ALI BEY,
CHRISTOPHER MCGEE, TIFFANY
CUTHRELL, and MARIE VENTER,
individually and on behalf of a class and
subclasses of similarly situated individuals,

              Plaintiffs,

v.

BURGER KING CORPORATION, a
Florida corporation,

              Defendant.
_____/

## MOTION FOR ENTRY OF JUDGMENT

      Plaintiffs, Phillip Williams, William Jones, Michael Roberts, Ali Bey, Christopher McGeee, Tiffany Cuthrell, and Marie Venter, by and through their undersigned counsel, and pursuant to the Court's July 20, 2020 Order granting Defendant's Motion to Dismiss (Dkt. 37) and the Court's August 12, 2020 Order requesting that Plaintiffs file a request for relief pursuant to Local Rule 7.1 (Dkt. 39), hereby respectfully request that the Court direct the Clerk of the Court to enter final judgment. In support of this Motion, the Plaintiffs state as follows:

      1.    On March 9, 2020 Defendant filed its Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 25).

      2.    After full briefing and hearing oral arguments on Defendant's Motion to Dismiss, on July 20, 2020 the Court entered its Order granting Defendant's Motion to dismiss and allowing Plaintiffs seven days to file any motion for leave to amend, by July 27, 2020. (Dkt. 37).

3. On July 27, 2020 Plaintiffs filed their Notice of Intent to Appeal, informing the Court that they intend to stand on the allegations pled in their First Amended Complaint (Dkt. 24) and will not be moving for leave to amend (Dkt. 38).

4. On August 12, 2020 the Court entered its Order directing Plaintiffs to file a proper request for relief pursuant to Local Rule 7.1 by August 17, 2020.

5. Plaintiffs intend to file their notice of appeal by August 19, 2020. *See Schuurman v. Motor Vessel Betty K V*, 798 F.2d 442, 445 (11th Cir. 1986) (noting that in certain circumstances the order of dismissal becomes final upon expiration of time to file an amended complaint).

WHEREFORE, the Plaintiffs respectfully requests that this Court direct the Clerk of the Court to enter final judgment.

Date: August 13, 2020

Respectfully submitted,

/s/ *David P. Healy*

David P. Healy
Fla. Bar ID # 940410
dhealy@davidhealylaw.com
Dudley, Sellers, Healy, Heath & Desmond, PLLC
3522 Thomasville Rd., Suite 301
Tallahassee, Florida 32309
(850) 222-5400
(850) 222-7339 (fax)

Eugene Y. Turin (*pro hac vice*)
eturin@mcgpc.com
McGuire Law, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
(312) 893-7002

Counsel for Plaintiffs

## **RULE 7.1 CERTIFICATION**

As required by Local Rule 7.1, Plaintiffs' Counsel has met and conferred with counsel for Defendant, and Defendant does not oppose the relief requested in this motion.

/s/ *David P. Healy*

David P. Healy
Fla. Bar ID # 940410
dhealy@davidhealylaw.com
Dudley, Sellers, Healy, Heath & Desmond, PLLC
3522 Thomasville Rd., Suite 301
Tallahassee, Florida 32309
(850) 222-5400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing *Joint Motion for Entry of Judgment* on August 13, 2020 using the CM/ECF filing system which will cause a true and correct copy to be sent to all attorneys and interested parties of record.

/s/  *David P. Healy*