UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-24755-CIV-SINGHAL

PHILLIP WILLIAMS, et al.,

    Plaintiffs,

v.

BURGER KING CORPORATION,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Plaintiff's Motion for Entry of Judgment (DE [40]), filed August 13, 2020. On July 20, 2020, this Court granted Defendant's Motion to Dismiss Second Amended Complaint and Deny Class Certification (DE [25]), allowing Plaintiffs seven days to file any motion for leave to amend the complaint. *See* (Order (DE [37]), July 20, 2020). Plaintiffs' claims for breach of contract and consumer fraud (Counts I through IX) were dismissed without prejudice and Plaintiffs' claim for unjust enrichment (Count X) was dismissed with prejudice. *See id.* The time for Plaintiffs to seek leave to amend the complaint has expired. On July 27, 2020, Plaintiffs filed their Notice of Intent to Appeal (DE [38]), informing this Court that they intend to stand on the allegations pled in their First Amended Complaint (DE [24]). Plaintiffs then filed the instant motion asking the Court to enter final judgment. Accordingly, having considered the motion, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Plaintiff's Motion for Entry of Judgment (DE [40]) is **GRANTED**. Final Judgment is entered in favor of Defendant Burger King Corporation, and against Plaintiffs Phillip Williams, William Jones, Michael Roberts, Ali

Bey, Christopher McGee, Tiffany Cuthrell, and Marie Venter.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

      **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of August 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF