# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 15, 2020

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  20-13128-G
Case Style:  Phillip Williams, et al v. Burger King Corporation
District Court Docket No:  1:19-cv-24755-AHS

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lee Aaron, G
Phone #: 404-335-6172

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 20-13128-G

_____

PHILLIP WILLIAMS,
individually and on behalf of a class of similarly situated individuals,
WILLIAM JONES,
MICHAEL ROBERTS,
ALI BEY,
CHRISTOPHER MCGEE,
MARIE VENTER,
individually and on behalf of a class and subclasses
of similarly situated individuals,
TIFFANY CUTHRELL,

Plaintiffs - Appellants,

versus

BURGER KING CORPORATION,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for
want of prosecution because the appellant Ali Bey, Tiffany Cuthrell, William Jones,
Christopher McGee, Michael Roberts, Marie Venter and Phillip Williams failed to file a Civil
Appeal Statement form and file a Transcript Order Form within the time fixed by the rules,
effective September 15, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Lee Aaron, G, Deputy Clerk

FOR THE COURT - BY DIRECTION